# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

INGRAM MICRO AND ESIS
NORTHEAST WC CLAIMS,

           Petitioners

           v.

WORKERS' COMPENSATION APPEAL
BOARD (SANDRA HEIM),

           Respondents

: No. 431 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.